UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00472-VC<br><br>**ORDER RE VENUE DISCOVERY**<br>Re: Dkt. No. 8 |

Because the discovery being conducted in Case No. 15-459 should be sufficient to allow the Court to resolve the question whether venue is proper under 42 U.S.C. § 2000e-5(f)(3), no venue-related discovery will be permitted in this case. A further case management conference is scheduled for March 24, 2015 at 10:00 a.m. The defendant is not required to answer or otherwise respond to the fifth amended complaint until some time after the case management conference. If the defendant intends to continue to contest venue after discovery on the issue is complete, the Court is inclined to order that the defendant file a motion to transfer venue in early April.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____
VINCE CHHABRIA
United States District Judge